Adam Blair Corren, SBN: 183067
Spencer D. Sinclair, SBN: 294340
LAW OFFICES OF CORREN & CORREN
5345 N. El Dorado, Suite 7
Stockton, CA 95207
Telephone: (209) 478-2621
Facsimile:  (209) 478-3038
acorren@correnlaw.com
ssinclair@correnlaw.com

Attorneys for Plaintiff
Pauline Rodriguez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINE RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ATWORK PERSONNEL SERVICES, W.G. HALL LLC, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:16-Cv-01005-WBS-EFB<br><br>**JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>[FED. R. CIV. P. 41(a)] |

**TO THE COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKEN NOTICE THAT** Plaintiff Pauline Rodriguez and Defendants Atwork Personnel Services and W.G. Hall LLC hereby stipulate and jointly move this Court to dismiss the above-captioned action, including Plaintiff's Complaint, with prejudice, pursuant to Federal Rule of Civil Procedure section 41(a)(1), with each party to bear their own attorneys' fees and costs of suit.

DATED: 9/6/17                           LAW OFFICES OF CORREN & CORREN

                                        /s/ *Spencer D. Sinclair*
                                        SPENCER D. SINCLAIR
                                        Attorney for Plaintiff


DATED: 9/6/17                           JACKSON LEWIS P.C.

                                        /s/ *Heath A. Harvey*
                                        HEATH A. HARVEY
                                        Attorney for Defendants