1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    PAULINE RODRIGUEZ,                    Case No. 2:16-CV-01005-WBS-EFB

12              Plaintiff,                   **ORDER GRANTING JOINT
                                             STIPULATION TO DISMISS ACTION
13         v.                                WITH PREJUDICE**

14    ATWORK PERSONNEL SERVICES,             **[FED. R. CIV. P. 41(a)]**
      W.G. HALL LLC, and DOES 1 through
15    50, inclusive,

16              Defendants.

17

18
          Pending before the Court is a joint stipulation to dismiss the action with
19
      prejudice.  Having reviewed the joint stipulation, and good cause appearing, the
20
      Court **GRANTS** the joint stipulation and **DISMISSES** the action, including all
21
      claims asserted by Plaintiff Pauline Rodriguez in her Complaint, **WITH**
22
      **PREJUDICE**.  Each party is to bear their own attorneys' fees and costs of suit.
23
      The Clerk is instructed to terminate the action.
24
          **IT IS SO ORDERED.**
25
      **Dated:  September 25, 2017**
26
                                            WILLIAM B. SHUBB
27                                          UNITED STATES DISTRICT JUDGE

28